IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**COMMUNITY ALTERNATIVES**
**NEW MEXICO, INC.**
**d/b/a RESCARE HOMECARE,**
**formerly known as**
**RES-CARE OF NEW MEXICO, INC.,**

      Plaintiff,

vs.                                                      12cv476 RHS/ACT

**VALUEOPTIONS OF NEW MEXICO, INC.,**

      Defendant.

### ORDER REGARDING RECOMMENDED FINDINGS OF FACT OF
### THE SPECIAL MASTER RELATED TO THE MOTION FOR SUMMARY JUDGMENT

THIS MATTER comes before the Court upon the Recommended Findings of Fact of the Special Master Related to the Motion for Summary Judgment of Defendant ValueOptions of New Mexico, Inc. (Doc. 78). After review the Special Master's recommendations, the Court imposes the following deadlines:

1. If the parties wish to file objections or a motion to adopt or modify the Special Master's recommendations, the parties must do so no later than 21 days after the Special Master's recommendations have been filed with the Court, consistent with Fed. R. Civ. P. 53(f)(2).

2. If the parties wish for an opportunity to be heard as provided for in Fed. R. Civ. P. 53(f)(1), the parties must make that request in writing no later than 21 days after the Special Master's Recommendations have been filed with the Court.

3. Within 30 days of the date of this Order, the parties must meet in person for a settlement conference and advise the Court in writing as to the result of the settlement conference. In light of the imminent retirement of the currently-assigned referral judge, The

Honorable Alan Torgerson, the parties should attempt to settle the case themselves or pursue private mediation.

**IT IS SO ORDERED.**

*Robert Hayes Scott*
_____
ROBERT HAYES SCOTT
UNITED STATES MAGISTRATE JUDGE